1  GEOFFREY ROTWEIN (CA SBN 58176)
   LAW OFFICES OF GEOFFREY ROTWEIN
2  400 Montgomery Street, Second Floor
   San Francisco, CA  94104
3  Facsimile: (415) 397-0862
   Telephone: (415) 397-0860
4
   Attorney for Defendant
5  THOMAS F. WHITE

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 JOSE LUIS LUNA TRUJILLO, et al,      )  No. C-06-02322 CRB
                                        )
11          Plaintiffs,                 )  **STIPULATION BY DEFENDANT**
                                        )  **THOMAS FRANK WHITE**
12     vs.                              )  **REGARDING COURT DISMISSAL**
                                        )  **OF CASE PURSUANT TO** *FORUM*
13 THOMAS F. WHITE,                     )  ***NON CONVENIENS***
                                        )
14          Defendant.                  )
   _____ )

15

16     Defendant, Thomas Frank White, hereby stipulates, agrees, understands and declares

17 that the Court order dismissing this case based on *forum non conveniens* is premised on his

18 agreement to the following terms and conditions:

19     1. He will accept service of any summons and complaint filed against him in Mexico

20 by any of the plaintiffs herein for any of the same claims alleged in the Complaint filed herein

21 on March 31, 2006.

22     2. He will satisfy any judgment entered against him in Mexico pursuant to any lawsuit

23 filed against him there by any of the plaintiffs herein for any of the same claims alleged in the

24 Complaint filed herein on March 31, 2006.

25     3. For purposes of any limitations period under Mexican law applicable to any lawsuit

26 filed against him there by any of the plaintiffs herein for any of the same claims alleged in the

27 Complaint filed herein on March 31, 2006, the date of filing said lawsuit will be the date the

28 Complaint was filed herein.

1     I declare under penalty of perjury of the laws of the United States and the Republic of
2 Mexico that I am competent to testify to the foregoing, which is true and correct of my own
3 personal knowledge.
4     Executed in Puerto Vallarta, Mexico on November 24, 2006.

                                  _____
                                  THOMAS F. WHITE
                                  Defendant

                                  IT IS SO ORDERED

                                  _____
                                  CHARLES R. BREYER
                                  UNITED STATES DISTRICT JUDGE
                                  June 12, 2007
                                  _____
                                  DATE